170 So. 782

**Andrew ROMBOKAS v. STATE.**

8 Div. 750.

Supreme Court of Alabama.

Oct. 15, 1936.

Rehearing Stricken Dec. 8, 1936.

---

T. C. Almon, of Decatur, for petitioner.

A. A. Carmichael, Atty. Gen., for the State.

GARDNER, Justice.

Petition of Andrew · Rombokas for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Rombokas v. State, 170 So. 780.

Writ denied.

ANDERSON, C. J., and BOULDIN and FOSTER, JJ., concur.